## N THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

WALTER YOVANY MEZA-ESTEVEZ,    )
                               )
            Petitioner,         )        Civil Action No. 8:26-cv-00438-LKG
                               )
v.                             )        Dated: February 26, 2026
                               )
KRISTI NOEM, *et al.*,          )
                               )
            Respondents.        )
                               )

## SCHEDULING ORDER

On February 3, 2026, the Petitioner filed the petition for a writ of habeas corpus, in the above-captioned civil matter.  ECF No. 1.  On February 3, 2026, the Petitioner filed a Motion for a Temporary Restraining Order.  ECF No. 4.  On February 23, 2026, the parties submitted a joint status report, stating, among other things, that (1) the Petitioner attended a bond hearing on February 17, 2026, and (2) that the Petitioner remains in ICE custody because the immigration judge denied the Petitioner's bond.  ECF No. 10.

On February 24, 2026, the Court directed the parties to file a joint status report informing the Court of the status of this case and proposing a schedule for the briefing of the Petitioner's habeas petition and motion for a temporary restraining order.  ECF No. 11.  On February 25, 2026, the parties filed a joint status report proposing a briefing schedule.  ECF No. 12.

In light of the foregoing, the parties shall adhere to the following briefing schedule for a response to the petition and temporary restraining order:

**March 6, 2026**          Petitioner's brief

**March 20, 2026**         Respondents' response brief

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge